IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01374-CMA-MEH

RONALD LAMM,

    Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, Individually and as successor-by-merger to Buffalo Pumps, Inc., et al.,

    Defendants

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on personal financial investment in one of the Defendant Companies, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: May   29  , 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge