IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01374-DME-MEH

RONALD LAMM,

    Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-by-merger to Buffalo Pumps, Inc.,
ANCHOR DARLING VALVE COMPANY,
ARMSTRONG INTERNATIONAL, INC.,
AURORA PUMP COMPANY,
BAKER HUGHES OILFIELD OPERATIONS, individually and as successor-in-interest to Milchem Incorporation,
BARKSDALE, INC.,
BLACKMER PUMP COMPANY,
CAMERON INTERNATIONAL CORPORATION, individually and as successor-in-interest to The Cooper-Bessemer Corporation, f/k/a Cooper Cameron Corporation,
CARRIER CORPORATION,
CBS CORPORATION, as successor-by-merger to CBS Corporation [a Pennsylvania corporation] f/k/a Westinghouse Electric Corporation and also as successor-in interest to BF Sturtevant, f/k/a Viacom, Inc., f/k/a Westinghouse Electric Corporation,
CLEAVER-BROOKS, INC., individually and as successor-in-interest to Davis Engineering Company, f/k/a Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division,
CRANE CO., individually and as successor-in-interest to Cochrane Corporation, and also as successor-in-interest to Chapman Valve Company, and also as successor-in-interest to Jenkins Valves, Inc., and also as successor-in-interest to Barksdale, Inc.,
CRANE ENVIRONMENTAL, INC., individually and as successor-in-interest to Cochrane Corporation,
CROSBY VALVE, INC.,
CROWN CORK & SEAL COMPANY, INC., individually and as successor-in-interest to Mundet Cork Company,
DANA COMPANIES LLC, individually and as successor-in-interest to Victor Gasket Manufacturing Company,
FLOWSERVE US, INC., individually and as successor-in-interest to Edward Valve, Inc.,
FMC CORPORATION, individually and as successor-in-interest to Peerless Pump Company and also as successor-in-interest to Northern Pump Company, f/k/a Northern Fire Apparatus Company and also as successor-in-interest to Dayton Dowd Company,
FOSTER WHEELER ENERGY CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
HOPEMAN BROTHERS, INC.,
IMO INDUSTRIES, INC. individually and as successor-in-interest to Delaval Turbine, Inc., and also

as successor-in-interest to C.H. Wheeler Manufacturing Company,
INGERSOLL RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine Company and also as successor-in-interest to Aldrich Pump Company,
INVENSYS SYSTEMS, INC., individually and as successor-in-interest to Robertshaw Controls Company, d/b/a Fulton Sylphon Valves,
JERGUSON GAGE & VALVE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
MONTELLO, INC.,
THE NASH ENGNIEERING COMPANY,
O.C. KECKLEY COMPANY, individually and as successor-in-interest to Klipfel Valves, Inc.,
PARKER-HANNIFIN CORPORATION, individually and as successor-in-interest to Denison Hydraulics, f/k/a Denison Engineering,
ROBERTSHAW CONTROLS CO., agent of Sylphon Valves,
SPIRAX SARCO, INC.,
STERLING FLUID SYSTEMS (USA), LLC, f/k/a Peerless Pump Co.,
SUPERIOR-LIDGERWOOD-MUNDY CORPORATION, individually and as successor-in-interest to M.T. Davidson Company,
TRANE US, INC., f/k/a American Standard Companies,
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
VIAD CORPORATION, individually and as successor-in-interest to Groscom-Russell Company, f/k/a The Dial Corporation,
VIKING PUMP, INC.,
WEIR VALVES & CONTROLS USA, INC., f/k/a Atwood & Morrill,
THE WILLIAM POWELL COMPANY,
YARWAY CORPORATION, individually and as successor-in-interest to Gimpel Corporation,
JOHN CRANE, INC.,
WARREN PUMPS, LLC, individually and as successor-in-interest to Quimby Pump Company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2012.**

    Defendant Armstrong International, Inc.'s Motion for Substitution of Counsel [filed July 18, 2012; docket #122] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 83.3 and 7.1A. The local rules do not contemplate "substitutions" of counsel, and Mr. McLetchie and Mr. Fowler have already entered their appearances in this case. *See* dockets #118 and #119.