IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01374-DME-MEH

RONALD LAMM,

    Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, Individually and as successor-by-merger to Buffalo Pumps, Inc., et al.

    Defendants.

## ORDER

This matter is before the Court on the Plaintiff's Motion for Dismissal Without Prejudice Pursuant to F.R.C.P. 41:

IT IS ORDERED that the Motion is granted. Plaintiff's claims against Defendants are hereby dismissed <u>without</u> prejudice, each party to bear their own costs and attorneys' fees.

DATED:   July 25, 2012

BY THE COURT:

*David M. Ebel*

U. S. Circuit Court Judge